Cooper, as administrator with the will annexed of William C. Cooper, deceased.

PER CURIAM. Judgment modified by providing that the transfer of the savings bank deposit be set aside as against the plaintiff, R. J. Cooper, and that the defendant Maggie E. Cooper pay to the plaintiff his judgment of $885.55, with interest thereon from December 30, 1898, and that the plaintiff have judgment therefor against her, and also for the costs in the action as taxed, and that execution issue therefor. No costs on this appeal to either party. If form of order is not agreed upon, it must be settled by CHASE, J.

COOPER, Appellant, v. NEW YORK, O. & W. RY. CO., Respondent. (Supreme Court, Appellate Division, Fourth Department. October 27, 1903.) Action by Emma Cooper, as administratrix, against the New York, Ontario & Western Railway Company.

PER CURIAM. Decision and order of reversal herein (82 N. Y. Supp. 98) amended so as to read, "Judgment and order reversed, and new trial ordered, with costs to the appellant to abide event, upon questions of law and of fact," upon condition, however, that the defendant have leave to discontinue its appeal to the Court of Appeals, without costs.

HISCOCK, J., dissents upon the ground that the decision of reversal by this court was based upon questions of law only. STOVER, J., not voting.

COREY, Respondent, v. SYRACUSE RAPID TRANSIT RY. CO., Appellant. (Supreme Court, Appellate Division, Fourth Department. December 1, 1903.) Action by Edith L. Corey against the Syracuse Rapid Transit Railway Company.

PER CURIAM. Judgment and order reversed, and new trial ordered, with costs to the appellant to abide event, upon the facts. Held, that the verdict of the jury was against the weight of the evidence.

In re CRAMER. (Supreme Court, Appellate Division, Second Department. November 25, 1903.) In the matter of the application of Charles Cramer, for admission to the bar. No opinion. Application granted.

CRENSHAW, Respondent, v. BURKE, Appellant. (Supreme Court, Appellate Division, Second Department. October 22, 1903.) Action by May V. Crenshaw against Bernard J. Burke. No opinion. Jugdment reversed on consent of the parties, and new trial granted; costs to the appellant to abide the event.

CRESCENT CHEMICAL MFG. CO., Respondent, v. HORYN et al., Appellants. (Supreme Court, Appellate Division, Second Department. November 25, 1903.) Action by the Crescent Chemical Manufacturing Company against "John" Horyn and others. No opinion. Judgment of the Municipal Court affirmed, by default, with costs.

CRONIN, Respondent, v. METROPOLITAN ST. RY. CO., Appellant. (Supreme Court, Appellate Division, First Department. November 6, 1903.) Action by Daniel M. Cronin againt the Metropolitan Street Railway Company. C. F. Brown, for appellant. J. M. Gifford, for respondent. No opinion. Judgment and order affirmed, with costs.

CROSS v. CURRAN et al. (Supreme Court, Appellate Division, Fourth Department. November 17, 1903.) Action by Alfred F. Cross against Francis Curran and another. No opinion. Motion for reargument denied, with $10 costs, and motion for leave to appeal to the Court of Appeals denied.

In re CROUCH. In re BENTLEY. (Supreme Court, Appellate Division, Fourth Department. October 27, 1903.) In the matter of George W. Crouch, deceased. In the matter of the application of S. D. Bentley to fix attorney's fees, etc.

PER CURIAM. Decree of Surrogate's Court modified, by striking out the allowance of $250 for executor's costs and disbursements upon last accounting, and, as so modified, affirmed, without costs. Held, that the costs and disbursements covered by said item of $250 were incurred in an accounting, after the executor had been removed, and which was rendered necessary by his misconduct and failure to obey the prior decree of the Surrogate's Court. Therefore said expenses should not be charged against the estate.

SPRING and WILLIAMS, JJ., dissent and vote for affirmance of the entire decree.

In re CROUCH. In re BENTLEY. (Supreme Court, Appellate Division, Fourth Department. December 1, 1903.) In the matter of the estate of George W. Crouch. In the matter of S. D. Bentley. No opinion. Motion for reargument denied, with $10 costs.

CUDLIP, Respondent, v. NEW YORK EVENING JOURNAL PUB. CO., Appellant (Supreme Court, Appellate Division, First Department. November 20, 1903.) Action by Ellen B. Cudlip against the New York Evening Journal Publishing Company. E. M. Shepard for appellant. T. P. Wickes, for respondent No opinion. Judgment and order affirmed, without costs.

In re CULLINAN. (Supreme Court, Appellate Division, First Department. November 13, 1903.) In the matter of Patrick W. Cullinan (in the matter of Rollino). No opinion Motion granted, so far as to dismiss appeal with $10 costs.

CULLINAN, Respondent, v. KEMBLE et al., Appellants. (Supreme Court, Appellate Division, First Department. November 6, 1903 Action by Patrick W. Cullinan against Howard Kemble and others. C. C. Nadal, for appellants. H. H. Kellogg, for respondent. No opinion. Judgment and order affirmed, with costs, on the authority of Cullinan v. Fidelity & Casualty Co., 84 App. Div. 296, 82 N. Y. Supp. 827.